1  CHARLES A. NEWMAN (*pro hac vice*)
   MICHAEL J. DUVALL (State Bar No. 276994)
2  SNR DENTON US LLP
   One Metropolitan Square
3  211 N. Broadway, Suite 3000
   St. Louis, Missouri 63102
4  Telephone: (314) 241-1800
   Facsimile: (314) 259-5959
5

6  FELIX T. WOO (State Bar No. 208107)
   SNR DENTON US LLP
7  601 South Figueroa Street, Suite 2500
   Los Angeles, California 90017
8  Telephone: (213) 623-9300
   Facsimile: (213) 623-9924
9
   Attorneys for Defendant,
10 as named in Plaintiff's Complaint,
   700 Credit, LLC

11
12
13           UNITED STATES DISTRICT COURT
14           CENTRAL DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  MARY GRAMMONT, on behalf of herself and all others similarly situated, | No. CV 11-04265 CAS |
| 17 | **DECLARATION OF KENNETH H. HILL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)** |
| 18         Plaintiff, | |
| 19     vs. | |
| 20  700 CREDIT, LLC, | [Filed Contemporaneously With Notice of Motion and Motion, Memorandum in Support, Declaration of Michael J. Duvall, and Proposed Order] |
| 21         Defendant. | |
| 22 | |
| 23 | Date: August 22, 2011<br>Time: 10:00 a.m.<br>Courtroom: 5 |
| 24 | |
| 25 | Hon. Christina A. Snyder |
| 26 | |
| 27 | |
| 28 | |

DECLARATION OF KENNETH H. HILL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER

I, Kenneth H. Hill, declare as follows:

1. I make this Declaration in support of Defendant's motion to transfer under 28 U.S.C. § 1404(a). I have personal knowledge of the matters set forth in this Declaration.

2. I am the Managing Director for the 700 Credit division of Open Dealer Exchange, LLC ("ODE"). ODE is a Delaware limited liability company with its principal place of business in Troy, Michigan, a suburb of Detroit, Michigan. ODE acquired the assets of 700 Credit, Inc., in September 2009. Concurrently with that acquisition, ODE formed a wholly owned company and placed assets in that company, which was then renamed 700 Credit, LLC. In August 2010, 700 Credit, LLC (which had since been renamed as another limited liability company) was merged into ODE. 700 Credit, LLC no longer is a separately registered limited liability company. ODE still does business as "700 Credit."

3. I began working for 700 Credit, Inc. in 2007 and continued to work for ODE after its acquisition of the assets of 700 Credit, Inc. Previously, I have been a Product Manager and the Chief Information Officer for 700 Credit, Inc. and 700 Credit, LLC. I have worked in the automotive credit industry for approximately 20 years. Currently, as the Managing Director, I am ultimately responsible for ODE's operations relating to its services provides to automobile dealerships, including customer support, regulatory compliance, data retention, and consumer complaints.

4. When ODE acquired the assets of 700 Credit, Inc., it was based primarily in California. Since that acquisition, ODE has migrated its California operations and employees to ODE's headquarters in Troy, Michigan. Currently, the migration of operations and employees is nearly complete, although some of ODE's employees remain in California. Of ODE's employees serving the automobile dealer industry, approximately 40 are located in Michigan, while only five remain in California. Thus, the majority of relevant ODE employees are located in Michigan, including the company's accounting and human resources departments, half of its compliance

-1-
DECLARATION OF KENNETH H. HILL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER

1  department (the other half is in Florida), and the majority of its consumer complaint
2  and customer support department.
3      5.   ODE's executive management (*i.e.*, its officers), are primarily located in
4  Michigan. Decisions concerning ODE's operations, including its policies and
5  procedures regarding the assembly and re-sale of products and reports, disclosures to
6  consumers, and investigation of consumer complaints, are made primarily by
7  management in Michigan and myself.
8      6.   ODE provides services to automobile dealerships, including re-selling
9  those dealerships products to assist in evaluating their customers for identity fraud. I
10 understand that this lawsuit involves allegations concerning ODE's assembly and re-
11 sale of those products, as well as its disclosures to consumers and reinvestigation of
12 consumer complaints.
13     7.   All of ODE's current contracts with automobile dealership customers,
14 including the dealership that I understand ordered a product concerning Plaintiff, are
15 stored at ODE's headquarters in Michigan.
16     8.   ODE's products and reports concerning consumers like Plaintiff that
17 ODE assembles and re-sells to its customers are stored electronically. Any changes
18 to ODE's products are initiated and made through ODE's headquarters in Michigan.
19     9.   When an automobile dealership orders a product or report from ODE, it
20 in turn orders reports from consumer reporting agencies ("CRAs") like Experian.
21 ODE then assembles those reports into a unique product or report, which ODE re-
22 sells to the automobile dealership. Much of this ordering, assembly, and re-sale is
23 performed electronically, but decisions concerning the production of these products
24 and reports are made in Michigan.
25     10.  If a consumer complains to ODE that information contained in a report or
26 product is inaccurate, or a consumer requests information from ODE, a member of
27 ODE's consumer complaint department oversees the company's response to the
28 complaint. One member of that department currently is in California, one is in

1  Florida, and the rest of that department is in Michigan.

2      11.   Based on my understanding of the claims in this case, I expect that I may participate as a witness in discovery, class certification, or trial. I manage ODE's employees remotely from New Jersey, where I work and reside. It would be far more convenient for me to participate in a trial of this case near Troy, Michigan, rather than Los Angeles, California, due to the decreased travel commitment and my ability to coordinate travel and work arrangements with ODE's headquarters. Additionally, if I am deposed in this case, I am willing to give a deposition near Troy.

    12.   I understand that Plaintiff corresponded with a member ODE's compliance department regarding her transaction. That employee is located in Florida.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 21st day of July, 2011.



Kenneth H. Hill