CHARLES A. NEWMAN (*pro hac vice*)
MICHAEL J. DUVALL (State Bar No. 276994)
SNR DENTON US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959

FELIX T. WOO (State Bar No. 208107)
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant,
as named in Plaintiff's Complaint,
700 Credit, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRAMMONT, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>700 CREDIT, LLC,<br><br>          Defendant. | No. CV 11-04265 CAS<br><br>**DECLARATION OF MICHAEL J. DUVALL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**<br><br>[Filed Contemporaneously With Notice of Motion and Motion, Memorandum in Support, Declaration of Kenneth H. Hill, and Proposed Order]<br><br>Date:  August 22, 2011<br>Time:  10:00 a.m.<br>Courtroom:  5<br><br>Hon. Christina A. Snyder |

I, Michael J. Duvall, declare as follows:

1. I make this Declaration in support of Defendant's motion to transfer under 28 U.S.C. § 1404(a). I have personal knowledge of the matters set forth in this Declaration.

2. I am an attorney with the law firm SNR Denton US LLP and am licensed to practice in the States of California, Illinois, and Missouri.

3. On July 11, 2011, I and my co-counsel, Felix T. Woo, conferred with counsel for Plaintiff, James A. Francis, and advised him that Defendant intended to file a motion to transfer this action to the United States District Court for the Eastern District of Michigan under 28 U.S.C. § 1404(a). We participated in this conference by telephone because Mr. Woo's office is located in Los Angeles, California; Mr. Francis's office is located in Philadelphia, Pennsylvania; and my office is located in St. Louis, Missouri. During that conference, Plaintiff's counsel stated that Plaintiff likely would oppose Defendant's motion, and on July 14, 2011, Plaintiff's counsel confirmed that Plaintiff will oppose Defendant's motion.

4. On July 19, 2011, I conferred with counsel for Plaintiff, James A. Francis, and requested that Plaintiff stipulate to the substitution of Open Dealer Exchange, LLC for the entity named as the defendant in this case, 700 Credit, LLC. Mr. Francis and I agreed to revisit this issue immediately after Defendant files its motion to transfer.

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 21st day of July, 2011.

_____
Michael J. Duvall

-1-
DECLARATION OF MICHAEL J. DUVALL IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER