# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRAMMONT, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>700 CREDIT, LLC,<br><br>　　　　Defendant. | No. CV 11-04265 CAS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a) |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Having considered Defendant's motion to transfer this action under 28 U.S.C. § 1404(a), the Court transfers this action to the United States District Court for the Eastern District of Michigan.

IT IS SO ORDERED.

Dated: August ___, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300