| | |
|---|---|
| Geoffrey H. Baskerville (*Pro Hac Vice*) <br> gbaskerville@consumerlawfirm.com <br> FRANCIS & MAILMAN. P.C. <br> Land Title Building, 19th Floor <br> 100 South Broad Street <br> Philadelphia, PA 19110 <br> Telephone:   (215)735-8600 <br> Facsimile:   (215) 940-8000 | Michael J. Duvall (*Pro Hac Vice*) <br> Charles A. Newman (*Pro Hac Vice*) <br> michael.duvall@snrdenton.com <br> charles.newman@snrdenton.com <br> SNR DENTON US LLP <br> One Metropolitan Square, Suite 3000 <br> Telephone:   (314) 241-1800 <br> Facsimile:   (314) 259-5959 |
| William J. Wall – State Bar No. 203970 <br> THE WALL LAW OFFICE <br> A Professional Corporation <br> 9900 Research Drive <br> Irvine, CA 92618 <br> Telephone: (949) 387-4300 <br> Facsimile: (800) 722-8196 | Felix T. Woo <br> SNR DENTON US LLP <br> 601 South Figueroa Street, Suite 2500 <br> Los Angeles, CA  90017-5704 <br> Telephone:   (213) 623-9300 <br> Facsimile:   (213) 623-9924 |
| Attorneys for Plaintiff <br> Mary Grammont | Attorneys for Defendant as named in Plaintiff's Complaint 700 Credit LLC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARY GRAMMONT, on behalf of herself and all others similarly situated,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **700 CREDIT LLC,** <br><br> **Defendant.** | Case No.: 2:11-cv-04265-CAS-DTB <br><br> **ORDER APPROVING STIPULATION TO CONTINUE THE HEARING DATE FOR DEFENDANT'S MOTION TO TRANSFER VENUE UNTIL SEPTEMBER 26, 2011** |

1  Having considered the Joint Stipulation of Counsel, it is herby ORDERED that the
2  Hearing Date for Defendant's Motion to Transfer Venue (Doc. No. 17) is continued until
3  September 26, 2011 at 10:00 a.m.  Plaintiff's time to respond is thereby extended through
4  September 5, 2011 and Defendant's time to reply is thereby extended through September 12,
5  2011.

7  IT IS SO ORDERED

9  Dated: _____    _____
                                Hon. Christina A. Snyder