1  CHARLES A. NEWMAN (*pro hac vice*)
   MICHAEL J. DUVALL (State Bar No. 276994)
2  SNR DENTON US LLP
   One Metropolitan Square
3  211 N. Broadway, Suite 3000
   St. Louis, Missouri 63102
4  Telephone: (314) 241-1800
   Facsimile: (314) 259-5959
5

6  FELIX T. WOO (State Bar No. 208107)
   SNR DENTON US LLP
7  601 South Figueroa Street, Suite 2500
   Los Angeles, California 90017
8  Telephone: (213) 623-9300
   Facsimile: (213) 623-9924
9
   Attorneys for Defendant,
10 as named in Plaintiff's Complaint,
   700 Credit, LLC
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRAMMONT, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>700 CREDIT, LLC,<br><br>            Defendant. | No. CV 11-04265 CAS<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUBSTITUTION UNDER FED. R. CIV. P. 25(c); MEMORANDUM IN SUPPORT**<br><br>[Filed Contemporaneously With Declarations of Kenneth H. Hill and Michael J. Duvall and Proposed Order]<br><br>Date:  September 26, 2011<br>Time:  10:00 a.m.<br>Courtroom:  5<br><br>Hon. Christina A. Snyder |

DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUBSTITUTION

## NOTICE OF MOTION AND MOTION

Please take notice that on September 26, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Christina A. Snyder in Courtroom 5 of the above-referenced Court, Defendant, 700 Credit, LLC, will and hereby does move under Fed. R. Civ. P. 25(c), for an order substituting Open Dealer Exchange, LLC ("ODE") for 700 Credit, LLC as the defendant in this case. This motion is made following the conference of counsel pursuant to Local Rule 7-3 that took place on July 19, 2011, July 29, 2011, and August 3, 2011 (Duvall Decl. ¶¶ 3-5). In support of this motion, Defendant states:

1. The named defendant in this case, 700 Credit, LLC, no longer is a separately registered limited liability company and was merged into ODE in August 2010. .

2. Accordingly, under Fed. R. Civ. P. 25(c), ODE should be substituted in this action in the place of 700 Credit, LLC.

3. Defendant incorporates by reference its Memorandum of Points and Authorities, the Declarations of Kenneth H. Hill and Michael J. Duvall, and Proposed Order, all filed concurrently with this motion.

WHEREFORE, Defendant respectfully requests that the Court substitute Open Dealer Exchange, LLC for 700 Credit, LLC as the named defendant in this case and grant any other relief that the Court deems just and proper.

Dated:  August 29, 2011                         Respectfully submitted,

                                                CHARLES A. NEWMAN
                                                FELIX T. WOO
                                                MICHAEL J. DUVALL
                                                SNR DENTON US LLP

                                                By  /s/ Michael J. Duvall
                                                       Michael J. Duvall

                                                Attorneys for Defendant,
                                                as named in Plaintiff's complaint,
                                                700 Credit, LLC

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# MEMORANDUM OF POINTS AND AUTHORITIES

## Introduction

Plaintiff filed this lawsuit against 700 Credit, LLC, however, it is not a legally distinct company. Rather, 700 Credit, LLC is a "doing business" arm of Open Dealer Exchange, LLC ("ODE") and previously was merged into ODE, which acquired the assets and liabilities of 700 Credit, LLC. Thus, ODE has the interest in this lawsuit and should be substituted pursuant to Fed. R. Civ. P. 25(c). Defendant has requested that Plaintiff stipulate to this substitution, but Plaintiff has refused to do so, thereby necessitating this motion (Duvall Decl. ¶ 5).

## Argument

### I. Standard For Substitution

Rule 25(c) of the Federal Rules of Civil Procedure provides that "[i]f an interest is transferred," a court may "on motion, order[] the transferee to be substituted in the action." Whether to grant a motion for substitution is within the discretion of the Court. *In re USA Commercial Mortg. Co.*, 2009 U.S. Dist. LEXIS 72143, at *30 (D. Nev. Apr. 20, 2009) (citations omitted); *Dodd v. Pioche Mines Consol., Inc.*, 308 F.2d 673, 674 (9th Cir. 1962). Thus, when a sued corporation no longer exists, its successor in interest should be substituted as the defendant. *See, e.g., Andrew Smith Co. v. Paul's Pak, Inc.*, 2009 U.S. Dist. LEXIS 46163, at *4 (N.D. Cal. May 20, 2009) (substituting newly formed corporation that was assigned all assets and obligations of dissolved corporation and named defendant).

### II. ODE Should Be Substituted For 700 Credit, LLC As Named Defendant.

Plaintiff sued 700 Credit, LLC as the named defendant in her complaint (*see* Doc. 1). 700 Credit, LLC, however, is not an independently existing limited liability company (*see* Decl. of Kenneth H. Hill ¶ 3). Rather, 700 Credit, LLC is a "doing business" arm of ODE (*id.* & Ex. A).

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

A brief review of the creation and termination of 700 Credit, LLC shows that it is not the properly named defendant in this suit. On October 1, 2009, ODE acquired the assets of a then-existing company, 700 Credit, Inc. (*id.* ¶ 3). Concurrently with that acquisition, ODE formed a separate wholly owned company and placed the acquired assets in that company, which was then renamed 700 Credit, LLC, the named defendant in this action (*id.*). Next, approximately nine months before this suit was filed, on August 31, 2010, 700 Credit, LLC (which had been renamed as another limited liability company) was merged into ODE (*id.* ¶ 3 & Exs. A-B). Pursuant to that merger, ODE acquired the assets and liabilities of 700 Credit, LLC (*id.* ¶ 3). Thus, 700 Credit, LLC no longer is a separate company, and it is not registered as a California limited liability company (*id.*).[1] Rather, ODE does business under the 700 Credit, LLC name (*id.* ¶ 3 & Ex. C). The following chart summarizes this chain of events:

| Date | Event |
| --- | --- |
| September/October 2009 | ODE acquires then-existing 700 Credit, Inc. |
|  | ODE creates separate wholly owned company, later renamed 700 Credit, LLC |
|  | ODE places acquired assets of 700 Credit, Inc. in the separate company later renamed 700 Credit, LLC |
| August 31, 2010 | 700 Credit, LLC merged into ODE |
|  | ODE acquires the assets and liabilities of 700 Credit, LLC |
|  | 700 Credit, LLC no longer a separate company |
| May 18, 2011 | Complaint filed (Doc. 1) |
| Present | ODE does business as "700 Credit, LLC" |

---

[1] *See also* Cal. Sec'y of State Business Entity Detail for "700 Credit LLC," listing its status as "canceled," *available at* http://kepler.sos.ca.gov/cbs.aspx (last visited August 24, 2011).

-2-
DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR SUBSTITUTION

1  Plaintiff avers that on August 22, 2010, 700 Credit, LLC sold a product that
2  erroneously marked her as deceased in connection with her application for financing
3  from an automobile dealership (Doc. 1 ¶¶ 47-49).  She also claims that between
4  October and December 2010, 700 Credit, LLC did not properly investigate and rectify
5  the alleged error (*id.* ¶¶ 51-66).  Based on these averments, Plaintiff claims that 700
6  Credit, LLC is liable under the Fair Credit Reporting Act ("FCRA") and its California
7  counterpart, and she asserts claims on behalf of putative classes of persons
8  challenging 700 Credit, LLC's activities purporting to date back to May 18, 2009 (*id.*
9  ¶ 72).

10  Since 700 Credit, LLC was merged into ODE in August 2010, with ODE
11  assuming 700 Credit, LLC's liabilities, 700 Credit, LLC's interest in this suit has
12  transferred to ODE for purposes of Rule 25(c).  Thus, because Plaintiff's complaint
13  (including her averments concerning the putative classes) challenges alleged actions
14  of 700 Credit, LLC, including presently as a "doing business" arm of ODE, the proper
15  defendant in this case is ODE, not 700 Credit, LLC.  *See, e.g.*, *Andrew Smith Co.*,
16  2009 U.S. Dist. LEXIS 46163, at *4.  Rule 25(c) provides a simple procedural
17  mechanism for this precise circumstance, allowing the Court to substitute ODE for
18  700 Credit, LLC.

### Conclusion

20  For these reasons, this Court should grant Defendant's motion for substitution
21  and substitute Open Dealer Exchange, LLC for 700 Credit, LLC as the named
22  defendant in this action.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated:  August 29, 2011 | CHARLES A. NEWMAN |
| 3 |   | FELIX T. WOO<br>MICHAEL J. DUVALL<br>SNR DENTON US LLP |
| 4 |   |   |
| 5 |   | By  /s/ Michael J. Duvall<br>       Michael J. Duvall |
| 6 |   |   |
| 7 |   | Attorneys for Defendant,<br>as named in Plaintiff's complaint,<br>700 Credit, LLC |

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-4-
DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION FOR SUBSTITUTION

## PROOF OF SERVICE

I am employed in the County of St. Louis, State of Missouri. I am over the age of eighteen and not a party to the within action; my business address is 211 North Broadway, Suite 3000, St. Louis, Missouri 63102.

I hereby certify that on July 21, 2011, I electronically filed the foregoing document, entitled **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUBSTITUTION UNDER FED. R. CIV. P. 25(c); MEMORANDUM IN SUPPORT**, with the Clerk of the Court using the ECF system, which will send notification of such filing to the following parties:

> Geoffrey H. Baskerville
> Francis & Mailman PC
> 100 So. Broad St., 19th Floor
> Philadelphia, PA 19110
>
> James A. Francis
> Francis & Mailman PC
> 100 So. Broad St., 19th Floor
> Philadelphia, PA 19110
>
> James Soumilas
> Francis & Mailman PC
> 100 So. Broad St., 19th Floor
> Philadelphia, PA 19110
>
> William J. Wall
> The Wall Law Office
> 9900 Research Drive
> Irvine, CA 92618-4309

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2011, at St. Louis, Missouri.

        /s/ Hana C. Olliges
        Hana C. Olliges
SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300