CHARLES A. NEWMAN (*pro hac vice*)
MICHAEL J. DUVALL (State Bar No. 276994)
SNR DENTON US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959

FELIX T. WOO (State Bar No. 208107)
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant,
as named in Plaintiff's Complaint,
700 Credit, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRAMMONT, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>         vs.<br><br>700 Credit, LLC,<br><br>                Defendant. | No. CV 11-04265 CAS<br><br>**DECLARATION OF KENNETH H. HILL IN SUPPORT OF DEFENDANT'S MOTION FOR SUBSTITUTION UNDER FED. R. CIV. P. 25(c)**<br><br>[Filed Contemporaneously With Notice of Motion and Motion, Memorandum in Support, Declaration of Michael J. Duvall, and Proposed Order]<br><br>Date: September 26, 2011<br>Time: 10:00 a.m.<br>Courtroom: 5<br><br>Hon. Christina A. Snyder |

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DECLARATION OF KENNETH H. HILL IN SUPPORT OF DEFENDANT'S MOTION FOR SUBSTITUTION

I, Kenneth H. Hill, declare as follows:

1. I make this Declaration in support of Defendant's motion for substitution under Fed. R. Civ. P. 25(c). I have personal knowledge of the matters set forth in this Declaration.

2. I am the Managing Director for Open Dealer Exchange, LLC ("ODE"). I began working for 700 Credit, Inc. in 2007 and continued to work for ODE after its acquisition of the assets of 700 Credit, Inc.

3. ODE is a Delaware limited liability company with its principal place of business in Troy, Michigan, a suburb of Detroit, Michigan. ODE acquired the assets of an existing company, 700 Credit, Inc., on October 1, 2009. In September 2009, ODE had formed a separate wholly owned company, and concurrently with the acquisition of 700 Credit, Inc., ODE placed the acquired assets in the separate wholly owned company. That company was later renamed 700 Credit, LLC. On August 31, 2010, 700 Credit, LLC (which had since been renamed as another limited liability company, ODeCredit, LLC) was merged into ODE. *See* Exhibits A-B (Certificates of Merger). Pursuant to that merger, ODE acquired the assets and liabilities of the limited liability company formerly known as 700 Credit, LLC. 700 Credit, LLC no longer is a separately registered limited liability company. ODE still does business as "700 Credit, LLC." *See, e.g.*, Exhibit C (Fictitious Name Registration).

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 29th day of August, 2011.


Kenneth H. Hill

-1-
DECLARATION OF KENNETH H. HILL IN SUPPORT OF DEFENDANT'S MOTION FOR SUBSTITUTION

# EXHIBIT A

Case 2:11-cv-04265-CAS -DTB Document 23-1 Filed 08/29/11 Page 3 of 14 Page ID #:120



**PAGE 1**

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

"ODECREDIT, LLC", A CALIFORNIA LIMITED LIABILITY COMPANY,

WITH AND INTO "OPEN DEALER EXCHANGE, LLC" UNDER THE NAME OF "OPEN DEALER EXCHANGE, LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE NINETEENTH DAY OF AUGUST, A.D. 2010, AT 3:15 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2010.

4609762  8100M

100843074

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W Bullock, Secretary of State

AUTHENTICATION: 8183389

DATE: 08-20-10

EXHIBIT A

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:25 PM 08/19/2010
FILED 03:15 PM 08/19/2010
SRV 100843074 - 4609762 FILE

STATE OF DELAWARE
CERTIFICATE OF MERGER OF
A FOREIGN LIMITED LIABILITY COMPANY INTO
A DOMESTIC LIMITED LIABILITY COMPANY

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned limited liability company has executed the following Certificate of Merger:

First: The name of the surviving limited liability company is Open Dealer Exchange, LLC, a Delaware limited liability company.

Second: The name of the limited liability company being merged into this surviving limited liability company is ODeCredit, LLC. The jurisdiction in which this limited liability company was formed is California.

Third: The Agreement and Plan of Merger has been approved and executed by both limited liability companies.

Fourth: The name of the surviving limited liability company is Open Dealer Exchange, LLC, a Delaware limited liability company.

Fifth: The merger is to become effective on August 31, 2010.

Sixth: The executed Agreement and Plan of Merger is on file at 5607 New King Drive, Suite 300, Troy, Michigan 48098, the place of business of the surviving limited liability company.

Seventh: A copy of the Agreement and Plan of Merger will be furnished by the surviving limited liability company on request, without cost, to any member of the surviving limited liability company or any person holding an interest in any other business entity which is to merge or consolidate.

[*Signature page to follow*]

14806495\V-1

IN WITNESS WHEREOF, said surviving limited liability company has caused this certificate to be signed by an authorized person, this __18__ day of __Aug__, 2010.

OPEN DEALER EXCHANGE, LLC

By: _____
Stephen Luycks, General Manager

14866598\V-1

# EXHIBIT B

OBE MERG

# State of California
## Secretary of State

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

AUG 1 9 2010

**EFFECTIVE DATE**
AUG 3 1 2010

## CERTIFICATE OF MERGER

(California Corporations Code sections
1113(g), 6019.1, 8019.1, 9640, 12540.1, 15678.4, 15911.14, 16915(b) and 17552)

**IMPORTANT — Read all instructions before completing this form.**    This Space For Filing Use Only

| 1. NAME OF SURVIVING ENTITY | 2. TYPE OF ENTITY | 3. CA SECRETARY OF STATE FILE NUMBER | 4. JURISDICTION |
|---|---|---|---|
| Open Dealer Exchange, LLC | limited liability company | 200934810057 | Delaware |

| 5. NAME OF DISAPPEARING ENTITY | 6. TYPE OF ENTITY | 7. CA SECRETARY OF STATE FILE NUMBER | 8. JURISDICTION |
|---|---|---|---|
| ODeCredit, LLC | limited liability company | 200926810123 | California |

9. THE PRINCIPAL TERMS OF THE AGREEMENT OF MERGER WERE APPROVED BY A VOTE OF THE NUMBER OF INTERESTS OR SHARES OF EACH CLASS THAT EQUALED OR EXCEEDED THE VOTE REQUIRED. IF A VOTE WAS REQUIRED, SPECIFY THE CLASS AND THE NUMBER OF OUTSTANDING INTERESTS OF EACH CLASS ENTITLED TO VOTE ON THE MERGER AND THE PERCENTAGE VOTE REQUIRED OF EACH CLASS. ATTACH ADDITIONAL PAGES, IF NECESSARY.

| SURVIVING ENTITY | | | DISAPPEARING ENTITY | | |
|---|---|---|---|---|---|
| CLASS AND NUMBER | AND | PERCENTAGE VOTE REQUIRED | CLASS AND NUMBER | AND | PERCENTAGE VOTE REQUIRED |
| Two Members | | 100% | 1 Member | | 100% |

10. IF EQUITY SECURITIES OF A PARENT PARTY ARE TO BE ISSUED IN THE MERGER, CHECK THE APPLICABLE STATEMENT.

☐ No vote of the shareholders of the parent party was required.    ☐ The required vote of the shareholders of the parent party was obtained.

11. IF THE SURVIVING ENTITY IS A DOMESTIC LIMITED LIABLITY COMPANY, LIMITED PARTNERSHIP, OR PARTNERSHIP, PROVIDE THE REQUISITE CHANGES (IF ANY) TO THE INFORMATION SET FORTH IN THE SURVIVING ENTITY'S ARTICLES OF ORGANIZATION, CERTIFICATE OF LIMITED PARTNERSHIP OR STATEMENT OF PARTNERSHIP AUTHORITY RESULTING FROM THE MERGER. ATTACH ADDITIONAL PAGES, IF NECESSARY.

N/A

12. IF A DISAPPEARING ENTITY IS A DOMESTIC LIMITED LIABLITY COMPANY, LIMITED PARTNERSHIP, OR PARTNERSHIP, AND THE SURVIVING ENTITY IS NOT A DOMESTIC ENTITY OF THE SAME TYPE, ENTER THE PRINCIPAL ADDRESS OF THE SURVIVING ENTITY.

| PRINCIPAL ADDRESS OF SURVIVING ENTITY | CITY AND STATE | ZIP CODE |
|---|---|---|
| 5607 New King Drive, Suite 300 | Troy, Michigan | 48098 |

13. OTHER INFORMATION REQUIRED TO BE STATED IN THE CERTIFICATE OF MERGER BY THE LAWS UNDER WHICH EACH CONSTITUENT OTHER BUSINESS ENTITY IS ORGANIZED. ATTACH ADDITIONAL PAGES, IF NECESSARY.

N/A

| 14. STATUTORY OR OTHER BASIS UNDER WHICH A FOREIGN OTHER BUSINESS ENTITY IS AUTHORIZED TO EFFECT THE MERGER. | 15. FUTURE EFFECTIVE DATE, IF ANY |
|---|---|
| Delaware Limited Liability Company Act | 08 - 31 - 10 (Month) (Day) (Year) |

16. ADDITIONAL INFORMATION SET FORTH ON ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE PART OF THIS CERTIFICATE.

17. I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT OF MY OWN KNOWLEDGE. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

_/s/ Steve Luyckx_    8-17-10    Stephen Luyckx, General Manager
SIGNATURE OF AUTHORIZED PERSON FOR THE SURVIVING ENTITY    DATE    TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

_____    _____    _____
SIGNATURE OF AUTHORIZED PERSON FOR THE SURVIVING ENTITY    DATE    TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON
         Stephen Luyckx, General Manager of Open Dealer Exchange, LLC, Sole Member

_____    _____    _____
SIGNATURE OF AUTHORIZED PERSON FOR THE DISAPPEARING ENTITY    DATE    TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

_____    _____    _____
SIGNATURE OF AUTHORIZED PERSON FOR THE DISAPPEARING ENTITY    DATE    TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

For an entity that is a business trust, real estate investment trust or an unincorporated association, set forth the provision of law or other basis for the authority of the person signing: _____

OBE MERGER-1 (REV 01/2008)    APPROVED BY SECRETARY OF STATE

EXHIBIT B

# AGREEMENT PURSUANT TO SECTION 17555(g)

# OPEN DEALER EXCHANGE, LLC

(1)  This is an agreement that the surviving entity may be served in this state in a proceeding for the enforcement of an obligation of any constituent entity and in a proceeding to enforce the rights of any holder of a dissenting interest or dissenting shares in a constituent domestic limited liability company or domestic other business entity.

(2)  The surviving entity irrevocably appoints the Secretary of State as its agent for service of process, and an address to which process may be forwarded is:

> 5607 New King Drive, Suite 300
> Troy, Michigan 48098

(3)  The surviving entity agrees that it will promptly pay the holder of any dissenting interest or dissenting share in a constituent domestic limited liability company or domestic other business entity the amount to which that person is entitled under California law.



14866483\V-1



I hereby certify that the foregoing transcript of ___2___ page(s) is a full, true and correct copy of the original record in the custody of the California Secretary of State's office.

AUG 2 0 2010

Date:_____

DEBRA BOWEN, Secretary of State

# EXHIBIT C




**This page is part of your document - DO NOT DISCARD**



## 20101459813



Pages:
0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**10/13/10 AT 10:29AM**

| | |
|---|---|
| FEES: | 26.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 26.00 |



LEADSHEET



201010130470010

00003113426



002936301

SEQ:
01

DAR - Counter (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED

E514423



EXHIBIT C



10/13/2010
*20101459813*

YOUR RETURN MAILING ADDRESS
NAME: Cindy Luong C/O Incorp Services, Inc.
ADDRESS: 2360 Corporate Circle • Suite 400
CITY: Henderson    STATE: NV    ZIP CODE: 89074-7722

# FICTITIOUS BUSINESS NAME STATEMENT
### TYPE OF FILING AND FILING FEE (Check one)

- [X] Original- $26.00 (FOR ORIGINAL FILING WITH ONE BUSINESS NAME ON STATEMENT)  ☐ New Filings- $26.00 (CHANGES IN FACTS FROM ORIGINAL FILING- REQUIRES PUBLICATION)
- ☐ Refile- $26.00 (NO CHANGES IN THE FACTS FROM ORIGINAL FILING)
- $5.00- FOR EACH ADDITIONAL BUSINESS NAME FILED ON SAME STATEMENT, DOING BUSINESS AT THE SAME LOCATION  $5.00- FOR EACH ADDITIONAL OWNER IN EXCESS OF ONE OWNER

**The following person(s) is (are) doing business as:**

*1. 700 Credit, LLC
2. 
Print Fictitious Business Name(s)

** 2233 West 190th Street | 5607 New King Drive, Suite 300
Street address of principal place of business | Mailing address if different

Torrance | CA | 90504 | Los Angeles County | Troy | MI | 48098
City | State | Zip | COUNTY | City | State | Zip

Articles of Incorporation or Organization Number (if applicable): AI #ON_____

*** REGISTERED OWNER(S):

1. Open Dealer Exchange, LLC
Full Name/Corp/LLC (P.O. Box not accepted)
5607 New King Drive, Suite 300
Residence Address
Troy    MI    48098
City   State   Zip
Delaware
If Corporation or LLC – Print State of Incorporation/Organization

2. 
Full Name/Corp/LLC (P.O. Box not accepted)

Residence Address

City   State   Zip

If Corporation or LLC – Print State of Incorporation/Organization

3. 
4. 

IF MORE THAN FOUR REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

**** THIS BUSINESS IS CONDUCTED BY: (Check one)
☐ an Individual    ☐ a General Partnership    ☐ a Limited Partnership    ☑ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership    ☐ a Corporation    ☐ a Trust    ☐ Copartners
☐ Husband and Wife    ☐ Joint Venture    ☐ State or Local Registered Domestic Partners    ☐ a Limited Liability Partnership

***** The registrant commenced to transact business under the fictitious business name or names listed above on  N/A
(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true information which he or she knows to be false is guilty of a crime.)

REGISTRANT/CORP/LLC NAME (PRINT)  Open Dealer Exchange, LLC    TITLE  Manager
REGISTRANT SIGNATURE  _[signature]_    IF CORP OR LLC, PRINT NAME  Stephen Luyckx

If corporation, also print corporate title of officer.  If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE – IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER.  A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).
I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

_DEAN C. LOGAN, LOS ANGELES COUNTY CLERK_    BY: _____, Deputy

Rev. 09/2010    P.O. BOX 1208, NORWALK, CA 90651-1208    PH: (562) 462-2177    WEB ADDRESS: LAVOTE.NET

This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

OCT 13 2010

Dean C. Logan, REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA