CHARLES A. NEWMAN (*pro hac vice*)
MICHAEL J. DUVALL (State Bar No. 276994)
SNR DENTON US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, Missouri 63102
Telephone: (314) 241-1800
Facsimile: (314) 259-5959

FELIX T. WOO (State Bar No. 208107)
SNR DENTON US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Defendant,
as named in Plaintiff's Complaint,
700 Credit, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRAMMONT, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>700 CREDIT, LLC,<br><br>  Defendant. | No. CV 11-04265 CAS<br><br>**DECLARATION OF MICHAEL J. DUVALL IN SUPPORT OF DEFENDANT'S MOTION FOR SUBSTITUTION UNDER FED. R. CIV. P. 25(c)**<br><br>[Filed Contemporaneously With Notice of Motion and Motion, Memorandum in Support, Declaration of Kenneth H. Hill, and Proposed Order]<br><br>Date: September 26, 2011<br>Time: 10:00 a.m.<br>Courtroom: 5<br><br>Hon. Christina A. Snyder |

I, Michael J. Duvall, declare as follows:

1. I make this Declaration in support of Defendant's motion for substitution under Fed. R. Civ. P. 25(c). I have personal knowledge of the matters set forth in this Declaration.

2. I am an attorney with the law firm SNR Denton US LLP and am licensed to practice in the States of California, Illinois, and Missouri.

3. On July 19, 2011, I conferred with counsel for Plaintiff, James A. Francis, and requested that Plaintiff consent to the substitution of Open Dealer Exchange, LLC ("ODE") for the named defendant, 700 Credit, LLC. We participated in this conference by telephone because Mr. Francis's office is located in Philadelphia, Pennsylvania and my office is located in St. Louis, Missouri. During that conference, Plaintiff's counsel stated that Plaintiff could not agree to the substitution without further proof but would reconsider Defendant's request after reviewing the forthcoming motion to transfer venue.

4. On July 29, 2011, I conferred with counsel for Plaintiff, James A. Francis and Geoffrey H. Baskerville, and again requested that Plaintiff consent to the substitution of ODE for 700 Credit, LLC, in light of Plaintiff's review of the motion to transfer and, in particular, the Declaration of Kenneth H. Hill (Doc. 17-1), which were filed on July 21, 2011. We participated in this conference by telephone because Mr. Francis's and Mr. Baskerville's office is located in Philadelphia, Pennsylvania and my office is located in St. Louis, Missouri. Plaintiff's counsel advised me that they had not reviewed the motion to transfer and supporting materials, so we agreed to continue our discussion of the substitution of ODE until August 3, 2011.

5. On August 3, 2011, I conferred with counsel for Plaintiff, Geoffrey H. Baskerville, and again requested that Plaintiff consent to the substitution of ODE for 700 Credit, LLC, in light of Plaintiff's review of the motion to transfer and, in particular, the Declaration of Kenneth H. Hill (Doc. 17-1), which were filed on July 21, 2011. We participated in this conference by telephone because Mr. Baskerville's

-1-

office is located in Philadelphia, Pennsylvania and my office is located in St. Louis, Missouri. Plaintiff's counsel advised me that Plaintiff would not consent to the substitution of ODE, and I advised Plaintiff's counsel that Defendant intended to file a motion for substitution.

    I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 29th day of August, 2011.

_____
Michael J. Duvall

-2-
DECLARATION OF MICHAEL J. DUVALL IN SUPPORT OF
DEFENDANT'S MOTION FOR SUBSTITUTION