# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRAMMONT, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>700 CREDIT, LLC,<br><br>            Defendant. | No. CV 11-04265 CAS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUBSTITUTION UNDER FED. R. CIV. P. 25 (c) |

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Having considered Defendant's motion for substitution of Open Dealer Exchange, LLC for 700 Credit, LLC as the named defendant in this case, filed under Fed. R. Civ. P. 25(c), the Court substitutes Open Dealer Exchange, LLC as defendant for 700 Credit, LLC.

IT IS SO ORDERED.

Dated: September ___, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE