William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA  92618
Telephone:  (949) 387-4300
Facsimile:   (800) 722-8196

James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
Geoffrey H. Baskerville (*pro hac vice*)
FRANCIS & MAILMAN. P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:  (215)735-8600
Facsimile:   (215) 940-8000

Attorneys for Plaintiff
MARY GRAMMONT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY GRAMMONT,**<br>**Plaintiff,**<br>vs.<br>**700 CREDIT, LLC,**<br>**Defendant.** | Case No.: 2:11-cv-04265-CAS-DTB<br><br>**[PROPOSED] ORDER** |

This matter, having come before the Court upon Motion by Defendant 700 Credit, LLC to Transfer Venue, and the Court having heard all argument for and against the Motion, it is this ___ day of _____, 2011, ORDERED that the motion is DENIED in its entirety.

_____
SYNDER,            U.S.D.J.