| | |
|---|---|
| 1 | William J. Wall (State Bar No. 203970) |
|   | wwall@wall-law.com |
| 2 | THE WALL LAW OFFICE |
|   | 9900 Research Drive |
| 3 | Irvine, CA  92618 |
|   | Telephone:   (949) 387-4300 |
| 4 | Facsimile:    (800) 722-8196 |
| 5 | James A. Francis (*pro hac vice*) |
|   | John Soumilas (*pro hac vice*) |
| 6 | Geoffrey H. Baskerville (*pro hac vice*) |
|   | FRANCIS & MAILMAN. P.C. |
| 7 | Land Title Building, 19th Floor |
|   | 100 South Broad Street |
| 8 | Philadelphia, PA 19110 |
|   | Telephone:   (215)735-8600 |
| 9 | Facsimile:    (215) 940-8000 |
| 10 | Attorneys for Plaintiff |
| 11 | MARY GRAMMONT |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **MARY GRAMMONT,** | ) | |
|  | ) | Case No.: 2:11-cv-04265-CAS-DTB |
| **Plaintiff,** | ) | |
|  | ) | |
| vs. | ) | |
|  | ) | **CERTIFICATE OF SERVICE** |
| **700 CREDIT, LLC,** | ) | |
|  | ) | |
|  | ) | |
| **Defendant.** | ) | |
|  | ) | |

## CERTIFICATE OF SERVICE

I, James A. Francis, declare I am a citizen of the United States and employed in Philadelphia, Pennsylvania.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 100 South Broad Street, Philadelphia, PA 19110.  On **September 6, 2011**, I served, by electronic transmission, a copy of following documents upon counsel of record:

IRI-17509v1

**1. PLAINTIFF MARY GRAMMONT'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**

**2. DECLARATION OF GEOFFREY H. BASKERVILLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO TRANSFER VENUE**

**3. PROPOSED FORM OF ORDER**

**4. CERTIFICATE OF SERVICE**

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judges, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF user was served:

> Charles A. Newman, Esquire
> Michael J. Duvall, Esquire
> charles.newman@snrdenton.com
> michael.duvall@snrdenton.com
> SNR Denton US LLP
> One Metropolitan Square
> 211 N. Broadway, Suite 3000
> St. Louis, MO  63102
> T: (314) 241-1800
> F: (314) 259-5959
>
> Felix T. Woo, Esquire
> felix.woo@snrdenton.com
> SNR Denton US LLP
> 601 South Figueroa Street, Suite 2500
> Los Angeles, CA  90017
> T: (213) 623-9300
> F: (213) 623-9924
>
> Counsel for Defendant
> 700 Credit, LLC

Executed on **September 6, 2011**, at Philadelphia, PA.

*/s/James A. Francis*
JAMES A. FRANCIS