William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196

James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
Geoffrey H. Baskerville (*pro hac vice*)
FRANCIS & MAILMAN. P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215)735-8600
Facsimile: (215) 940-8000

Attorneys for Plaintiff
MARY GRAMMONT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY GRAMMONT,<br><br>Plaintiff,<br><br>vs.<br><br>700 CREDIT, LLC,<br><br>Defendant. | Case No.: 2:11-cv-04265-CAS-DTB<br><br>DECLARATION OF GEOFFREY H. BASKERVILLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUBSTITUTION UNDER RULE 25(c) |

I, Geoffrey H. Baskerville, declare as follows:

1. I am an attorney duly licensed to practice in the Commonwealth of Pennsylvania.

2. I am a counsel of record for Plaintiff Mary Grammont in this matter after having been admitted to practice *pro hac vice* by this Court by Order, dated June 23, 2011, and have personal knowledge of the facts and circumstances of the above matter.

1

3. On August 24, 2011, I viewed Defendant 700 Credit LLC's website. On its website, 700 Credit LLC lists its headquarters as being in Torrance, California. Attached hereto as Exhibit 1 is a true and correct copy of a page from Defendant's website.

4. On August 24, 2011, I viewed Defendant 700 Credit LLC's website. Attached hereto as Exhibit 2 is a true and correct copy of two recent press releases from Defendant's website.

5. On August 3, 2011, I conferred with counsel for Defendant, Michael J. Duvall, and discussed Plaintiff's position concerning Defendant's request to substitute ODE for 700 Credit LLC. During this discussion, I proposed that ODE be joined as a Defendant instead of substituted. I also expressed Plaintiff's willingness to dismiss 700 Credit LLC at a later time, if discovery showed that ODE was the sole responsible party. Defendant's counsel advised me that he would not agree to joining ODE as a party.

6. I certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

GEOFFREY H. BASKERVILLE

Dated: September 6, 2011

# EXHIBIT 1

**700credit** | The leader in Credit Reporting & Compliance Solutions

Call us Now: **(866) 273-3848**
Meet Now

| ABOUT US | PRODUCTS & SERVICES | RESOURCES | INFO | CONTACT US |

Corporate HQ   ::   For Sales   ::   Billing & Technical   ::   E-Mail

## Contact Us

700credit is located five miles south of Los Angeles International Airport (LAX).

Corporate Headquarters: 2233 West 190th Street, Torrance CA 90504.

Our normal hours of operation are Monday through Friday 8:00 a.m. to 5:00 (Pacific). For your convenience, we also offer 24 hour emergency Technical Support.

**For Sales:** 1-(866) 273-3848

Billing and Technical Support (support is available 24/7 365):
Client Support (Mon-Fri 8-5 PST) 1-**(866) 273-3848**
After Hours & Weekend Support (24x7 365): **1-(877) 580-6023**
E-mail: support@700credit.com

If you are a consumer looking to dispute something on your report, please download consumer dispute and fax or mail it to the above address.

Home | About Us | Products & Services | Resources | News | Info | Partners | Privacy | Contact Us

All Rights Reserved, Copyright © 700Credit LLC 2010

# EXHIBIT 2



700credit | The leader in Credit Reporting & Compliance Solutions

Call us Now: (866) 273-3848
Meet Now

**ABOUT US** | **PRODUCTS & SERVICES** | **RESOURCES** | **INFO** | **CONTACT US**

700Credit, LLC Announces Strategic Partnership with CUDL          Back

### 700Credit, LLC Announces Strategic Partnership with CUDL

*700Credit and CUDL have partnered to offer web-based credit reporting to dealers through the CUDL system.*

**Torrance, CA – February 5, 2011 –** 700Credit, LLC, the industry's leading solution for credit reporting and compliance products and services has announced that it has entered into a strategic partnership with CUDL (www.cudl.com), the nation's leading indirect and point-of-purchase auto lending solutions provider to the credit union industry. Through the new alliance, 700Credit will offer web-based credit reports, as well as numerous compliance and consumer information products, to automotive dealers via the CUDL system.

"Our partnership with 700Credit allows our dealer partners to provide enhanced service and responsiveness to the 27.5 million credit union members served through the CUDL Lending Platform," said Joe Greenwald, CUDL's vice president of marketing.

"We are extremely excited about our new partnership with CUDL and their clients," said Curtis Knievel, Vice President – Sales and Marketing for 700Credit. "By integrating our capabilities within the CUDL Platform, dealers will benefit by having an additional source for compliance solutions and credit reporting."

#### About 700Credit

700Credit is the automotive industry's leading solution for credit reports, consumer information, and compliance products and services. Our product and service offering includes credit reports, OFAC compliance, fraud detection, score disclosure, adverse action, and more. 700Credit exists to provide its clients with the highest quality data in the most time efficient manner possible.

For more information, visit: www.700credit.com.

#### About CUDL

Based in Ontario, California, CUDL® (a CU Direct Corporation flagship brand) is the leader in indirect and point-of-purchase lending services for the credit union industry. As a Credit Union-owned Service Organization, CUDL develops custom applications, training and marketing programs to help credit unions achieve their indirect vehicle lending goals.

More than 935 credit unions and 6,900 dealerships nationwide rely on CUDL's national lending network to better serve members' vehicle shopping needs and drive member financing at the point-of-purchase.

For more information about CUDL visit: www.cudl.com or www.cudlautosmart.com.

Case 2:11-cv-04265-CAS -DTB   Document 25-2   Filed 09/06/11   Page 7 of 7   Page ID #:220



| | |
|---|---|
| 700 credit \| The leader in Credit Reporting & Compliance Solutions | Call us Now: (866) 273-3848<br>Meet Now |

**ABOUT US    PRODUCTS & SERVICES    RESOURCES    INFO    CONTACT US**

700Credit, LLC Announces Solution to Assist Dealers With New Risk Based Pricing Regulation                                  Back

### 700Credit, LLC Announces Solution to Assist Dealers With New Risk Based Pricing Regulation

TORRANCE, CAL. – December 29, 2010 (PRWEB.COM) – 700Credit, LLC, the industry's leading solution for credit reporting and compliance products and services, today announced a complimentary dealer solution to address the new Risk Based Pricing Regulation which goes into effect on January 1, 2011. 700Credit's easy-to-use offering ensures that dealers will be in full compliance with the new rule issued by the Federal Trade Commission (FTC) and Federal Reserve Board.

700Credit's free and no-hassle solution enables dealers to generate a Risk Based Pricing Exception Notice that, under the new rule, they must deliver to the customer at the time of or before the completion of the credit transaction, or as soon as possible after the credit score has been obtained.

"700Credit is thrilled to offer dealers this complimentary enhancement to ensure compliance with the new Risk Based Pricing Rule," said Curtis Knievel, Vice President - Sales and Marketing for 700Credit. "Even better is the fact the functionality is completely seamless within the current 700Credit system."

The Risk Based Pricing Rule requires that any company utilizing credit scores in connection with making a credit decision, including dealers, must notify customers when they grant credit based on terms that are "materially less favorable than the most favorable terms available to a substantial proportion of consumers." It is designed to complement the Fair Credit Reporting Act's (FCRA) Adverse Action notice requirement which mandates automobile dealerships to provide credit report information to those consumers whose credit applications were denied based on information contained within the report.

To ensure compliancy for dealers, 700Credit's solution offers several features, including:

- Automated printing with each credit report request;
- Historical tracking to automatically keep track of the date, time and name of the individual who printed the report;
- Automatic generation of the required Risk Based Pricing Notification in the event a score is not returned from the credit bureau;
- Ability to tie the product to the dealer's Adverse Action Letter Program

"With this offering, 700Credit continues to lead the industry with innovative compliance products that allow dealers to stay up to date on current regulations, and serve their customers efficiently and more transparently," said Knievel.

For more information on 700Credit's Risk Based Pricing solution for dealers, please call (866) 273-3848 or email sales@700credit.com. To learn more about 700Credit, please visit www.700Credit.com.

#### About 700Credit

700Credit is the automotive industry's leading solution for credit reports, consumer information, and compliance products and services. Our product and service offering includes credit reports, OFAC compliance, fraud detection, score disclosure, adverse action, and more. 700Credit exists to provide its clients with the highest quality data in the most time efficient manner possible.

Inquiries about 700Credit should be directed to
Matt Briggs or Curtis Knievel at : (866) 273-3848,
or
UCSDealer@700Credit.com.

All Rights Reserved, Copyright © 700Credit LLC 2010