1  William J. Wall (State Bar No. 203970)
   wwall@wall-law.com
2  THE WALL LAW OFFICE
   9900 Research Drive
3  Irvine, CA  92618
   Telephone:  (949) 387-4300
4  Facsimile:   (800) 722-8196

5  James A. Francis (*pro hac vice*)
   John Soumilas (*pro hac vice*)
6  Geoffrey H. Baskerville (*pro hac vice*)
   FRANCIS & MAILMAN. P.C.
7  Land Title Building, 19th Floor
   100 South Broad Street
8  Philadelphia, PA 19110
   Telephone:  (215)735-8600
9  Facsimile:   (215) 940-8000

10 Attorneys for Plaintiff
11 MARY GRAMMONT

12                **UNITED STATES DISTRICT COURT**
13                **CENTRAL DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15 **MARY GRAMMONT,** | Case No.: 2:11-cv-04265-CAS-DTB |
| 16        **Plaintiff,** | |
| 17        vs. | **CERTIFICATE OF SERVICE** |
| 18 **700 CREDIT, LLC,** | |
| 19        **Defendant.** | |

21
22              **CERTIFICATE OF SERVICE**
23       I, James A. Francis, declare I am a citizen of the United States and employed
24 in Philadelphia, Pennsylvania.  I am over the age of eighteen years and not a party
25 to the within-entitled action.  My business address is 100 South Broad Street,
26 Philadelphia, PA 19110.  On **September 6, 2011**, I served, by electronic
27 transmission, a copy of following documents upon counsel of record:
28

IRI-17509v1

1. **PLAINTIFF MARY GRAMMONT'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUBSTITUTION UNDER RULE 25(c)**

2. **DECLARATION OF GEOFFREY H. BASKERVILLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION FOR SUBSTITUTION UNDER RULE 25(c)**

3. **PROPOSED FORM OF ORDER**

4. **CERTIFICATE OF SERVICE**

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judges, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF user was served:

Charles A. Newman, Esquire
Michael J. Duvall, Esquire
charles.newman@snrdenton.com
michael.duvall@snrdenton.com
SNR Denton US LLP
One Metropolitan Square
211 N. Broadway, Suite 3000
St. Louis, MO  63102
T: (314) 241-1800
F: (314) 259-5959

Felix T. Woo, Esquire
felix.woo@snrdenton.com
SNR Denton US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017
T: (213) 623-9300
F: (213) 623-9924

Counsel for Defendant
700 Credit, LLC

Executed on **September 6, 2011**, at Philadelphia, PA.

*/s/James A. Francis*
JAMES A. FRANCIS