1  CHARLES A. NEWMAN (*pro hac vice*)
2  SNR DENTON US LLP
   One Metropolitan Square
3  211 N. Broadway, Suite 3000
   St. Louis, Missouri 63102
4  Telephone: (314) 241-1800
   Facsimile: (314) 259-5959
5

6  FELIX T. WOO (State Bar No. 208107)
   MICHAEL J. DUVALL (State Bar No. 276994)
7  SNR DENTON US LLP
   601 South Figueroa Street, Suite 2500
8  Los Angeles, California 90017
   Telephone: (213) 623-9300
9  Facsimile: (213) 623-9924

10 Attorneys for Defendant,
   as named in Plaintiff's Complaint,
11 700 Credit, LLC

12
13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15
16
17 MARY GRAMMONT, on behalf of          No. CV 11-04265 CAS
   herself and all others similarly
18 situated,                            **DECLARATION OF KENNETH
                                        H. HILL IN SUPPORT OF
19            Plaintiff,                DEFENDANT'S REPLY IN
                                        SUPPORT OF MOTION FOR
20     vs.                              SUBSTITUTION**

21 700 Credit, LLC,                     [Filed Contemporaneously With
                                        Reply]
22            Defendant.
                                        Date: September 26, 2011
23                                      Time: 10:00 a.m.
                                        Courtroom: 5
24
                                        Hon. Christina A. Snyder
25
26
27
28

DECLARATION OF KENNETH H. HILL IN SUPPORT OF REPLY
IN SUPPORT OF DEFENDANT'S MOTION FOR SUBSTITUTION

I, Kenneth H. Hill, declare as follows:

1. I make this Declaration in support of Defendant's reply in support of the motion for substitution. I have personal knowledge of the matters set forth in this Declaration.

2. I am the Managing Director for Open Dealer Exchange, LLC ("ODE"). I began working for 700 Credit, Inc. in 2007 and continued to work for ODE after its acquisition of the assets of 700 Credit, Inc.

3. On January 5, 2010, ODE renamed its wholly owned company, 700 Credit, LLC, to ODeCredit, LLC (which was then merged into ODE, as detailed in my previous declaration). See Exhibit A (Limited Liability Company Certificate of Amendment).

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 12th day of September, 2011.

_____
Kenneth H. Hill

SNR DENTON US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

-1-
DECLARATION OF KENNETH H. HILL IN SUPPORT OF REPLY
IN SUPPORT OF DEFENDANT'S MOTION FOR SUBSTITUTION

# EXHIBIT A

# State of California
## Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___1___ page(s) is a full, true and correct copy of the original record in the custody of this office.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

JAN 0 6 2010

*Debra Bowen*

**DEBRA BOWEN**
Secretary of State

Sec/State Form CE-109 (REV 01/2009)

OSP 09 113643



# State of California
## Secretary of State

**LIMITED LIABILITY COMPANY
CERTIFICATE OF AMENDMENT**

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

JAN 0 5 2010

A $30.00 filing fee must accompany this form.

IMPORTANT – Read Instructions before completing this form.

This Space For Filing Use Only

| 1. SECRETARY OF STATE FILE NUMBER | 2. NAME OF LIMITED LIABILITY COMPANY |
|---|---|
| 200926810123 | 700 Credit, LLC |

3. COMPLETE ONLY THE SECTIONS WHERE INFORMATION IS BEING CHANGED. ADDITIONAL PAGES MAY BE ATTACHED IF NECESSARY.

   A. LIMITED LIABILITY COMPANY NAME (END THE NAME WITH THE WORDS "LIMITED LIABILITY COMPANY," "LTD. LIABILITY CO." OR THE ABBREVIATIONS "LLC" OR "L.L.C.")

   ODeCredit, LLC

   B. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY (CHECK ONE):

   ☐ ONE MANAGER
   ☐ MORE THAN ONE MANAGER
   ☐ ALL LIMITED LIABILITY COMPANY MEMBER(S)

   C. AMENDMENT TO TEXT OF THE ARTICLES OF ORGANIZATION:

   D. OTHER MATTERS TO BE INCLUDED IN THIS CERTIFICATE MAY BE SET FORTH ON SEPARATE ATTACHED PAGES AND ARE MADE A PART OF THIS CERTIFICATE. OTHER MATTERS MAY INCLUDE A CHANGE IN THE LATEST DATE ON WHICH THE LIMITED LIABILITY COMPANY IS TO DISSOLVE OR ANY CHANGE IN THE EVENTS THAT WILL CAUSE THE DISSOLUTION.

4. FUTURE EFFECTIVE DATE, IF ANY: MONTH ___ DAY ___ YEAR ___

5. NUMBER OF PAGES ATTACHED, IF ANY:

6. IT IS HEREBY DECLARED THAT I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   SIGNATURE OF AUTHORIZED PERSON
   Stephen Luyckx, General Manager
   TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

   January 5, 2010
   DATE

7. RETURN TO:

   NAME    Aaron J. Kenyon, Corporate Counsel
   FIRM    Open Dealer Exchange, LLC
   ADDRESS 16901 Michigan Ave
   CITY/STATE Dearborn, MI
   ZIP CODE 48126

SEC/STATE FORM LLC-2 (Rev. 03/2005) – FILING FEE $30.00                APPROVED BY SECRETARY OF STATE