William J. Wall (State Bar No. 203970)
wwall@wall-law.com
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196

James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
Geoffrey H. Baskerville (*pro hac vice*)
FRANCIS & MAILMAN. P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215)735-8600
Facsimile: (215) 940-8000

Attorneys for Plaintiff
MARY GRAMMONT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARY GRAMMONT,** | Case No.: 2:11-cv-04265-CAS-DTB |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S AMENDED NOTICE OF MOTION AND MOTION TO EXTEND TIME FOR CLASS CERTIFICATION** |
| **700 CREDIT, LLC,** | |
| **Defendant.** | **Date: October 17, 2011** |
| | **Time: 10:00 a.m.** |
| | **Courtroom: 5** |
| | **Hon. Christina A. Snyder** |

## AMENDED NOTICE OF MOTION AND MOTION

Please take notice that on October 17, 2011, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Christina A. Snyder in Courtroom 5 of the above-referenced Court, Plaintiff, Mary Grammont, will and hereby does move for an order granting an extension of time to move for class certification. This motion is made following the conference of counsel pursuant to Local Rule 7-3 that took place on August 26, 2011 (Dkt. No. 26-3, Baskerville Decl. ¶ 4). In support of this motion, Plaintiff relies upon her accompanying Memorandum of Law (Dkt. No. 26-2), which is incorporated herein by reference.

Dated: September 13, 2011                         Respectfully submitted,


    */s/ James A. Francis*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
Geoffrey H. Baskerville (*pro hac vice*)
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Flr
100 South Broad Street
Philadelphia, PA 19103
Telephone: (215)-735-8600
Facsimile: (215)-940-8000


William J. Wall (State Bar No. 203970)
THE WALL LAW OFFICE
9900 Research Drive
Irvine, CA  92618
Telephone:  (949) 387-4300
Facsimile:   (800) 722-8196

*Attorneys for Plaintiff*
*Mary Grammont*